UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: JULY 8, 2008
08CV3882
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER
TG

| | |
|---|---|
| **USMAN ALI,** ) | |
| File No. 099 236 291, ) | |
| Plaintiff, ) | CASE NO. |
| ) | |
| v. ) | |
| ) | JUDGE |
| **MICHEAL MUKASEY**, U.S. Attorney General, ) | |
| Department of Homeland Security**;** ) | |
| **U.S. CITIZENSHIP & IMMIGRATION SERVICES**; ) | |
| **EMILIO T. GONZALEZ**, District Director, Chicago ) | MAGISTRATE |
| District Office, ) | |
| Defendants. ) | |
| ) | |

## COMPLAINT FOR MANDAMUS

NOW COMES the Plaintiff, Usman Ali, by and through his attorney, Bonita B. Hwang Cho, Law Offices of Cheng, Cho & Yee, P.C., and complaining of Defendants, states as follows:

## JURISDICTION

1. This is a civil action brought pursuant to 5 U.S.C. § 704 and 28 U.S.C. § 1331 and § 1361, to compel the Defendants, Emilio T. Gonzales and the U.S. Citizenship & Immigration Services, under the Department of Homeland Security, to accord Plaintiff the due process of law and constitutionally fair procedures in the application process to which he is entitled pursuant to the Fifth Amendment to the Constitution of the United States.

2. This action is brought to compel Defendants and those acting under them to adjudicate an I-485 Application to Register Permanent Residence or Adjust Status filed by Plaintiff, Usman Ali, (hereinafter "Ali"), which was filed over 3 years ago.

## PARTIES

3. Ali is a Pakistani citizen and holds a lawful non-immigrant status.

4. Defendant Emilio T. Gonzales is the Director of Citizenship & Immigration Services ("CIS"), and is empowered to adjudicate visa petitions and naturalization applications.

## FACTS

5. On December 31, 2004, Ali filed an I-485 Application to Register Permanent Residence or Adjust Status.

6. Ali was interviewed for I-485 Application to Register Permanent Residence or Adjust Status on November 2, 2005(Exhibit "A").

7. Ali's biometrics has been processed on January 11, 2005(Exhibit "B").

8. It has been over 3 years, and no decision has been made on Ali's I-485 application even though Ali is entirely eligible for Adjustment of Status.

## CLAIMS

9. Defendants have willfully and unreasonably delayed and refused to make a decision on the Plaintiff's I-485 Application to Register Permanent Residence or Adjust Status without any valid cause. Defendant, Emilio T Gonzales, has the authority to schedule and adjudicate said application.

10. "District directors are delegated the authority to grant or deny any application or petition submitted to the Service, except for matters delegated to asylum officers pursuant to part 208 and § 253.1(f) of this chapter, or exclusively delegated to service center directors ...." 8 C.F.R. § 103.1(g)(2)(ii)(B).

11. Thus, Defendants have jurisdiction and are entirely empowered to schedule and adjudicate Plaintiff's case, but are unwilling to do so.

12. Plaintiff is entitled to due process of law and constitutionally fair procedures in the application process pursuant to the Fifth Amendment to the Constitution of the United States and inaction on applications is a denial of due process of law and is constitutionally unfair.

13. Defendants owe Plaintiff a duty to adjudicate Plaintiff's I-485 Application to Register Permanent Residence or Adjust Status in a timely manner, and Defendants have unreasonably failed to perform that duty. Defendants do not have the discretion to refuse to adjudicate any petition.

14. Defendants' refusal to adjudicate Plaintiff's case has deprived Ali of the benefits of permanent residency in the United States.

15. No administrative remedy is available to the Plaintiff to compel the CIS to do its job and prevent needless delay and inaction from which the Plaintiff is now suffering.

16. Rendering a decision on an I-485 Application to Register Permanent Residence or Adjust Status is a purely ministerial, non-discretionary act which the CIS District Director is compelled to do in fulfilling the duties of his office.

17. Defendants' actions are without substantial justification. Defendants, by refusing to adjudicate Plaintiff's application, have forced Plaintiff to resort to this Court for relief, and Plaintiff is entitled to attorneys fees pursuant to the Equal Access to Justice Act.

WHEREFORE, the Plaintiff prays that this Court:

1. Compel Defendants and those acting under them to immediately perform their duty to adjudicate the I-485 Application to Register Permanent Residence or Adjust Status filed by Plaintiff;

2. Declare that there are no just grounds for the Service to refuse to adjudicate Plaintiff's application;

3. Grant attorneys' fees and costs of court under the Equal Access to Justice Act;

4. Grant such other and further relief as is fit and proper.

                                      Respectfully submitted,
                                      **USMAN ALI**

                                      By: s/ Bonita B. Hwang Cho
                                              One of his attorneys

Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle Street, Suite 1618
Chicago, Illinois 60602
(312) 853-3088
bcho@lawyersimmigration.com

## CERTIFICATE OF SERVICE

I, Bonita B. Hwang Cho, the attorney, hereby certify that on the 8th day of July, 2008, a **Complaint for Mandamus** was served to:

Micheal Mukasey, U.S. Attorney General
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

and

Emilio Gonzales, Director of U.S. CIS
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

and

Patrick J. Fitzgerald
U.S. Attorney
Northern District of Illinois
219 South Dearborn, Suite 5000
Chicago, IL 60604


s/ Bonita B. Hwang Cho


Attorney for Plaintiff
Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle Street, Suite 1618
Chicago, Illinois 60602
(312) 853-3088
bcho@lawyersimmigration.com


| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW. | | NOTICE DATE August 19, 2005 |
|---|---|---|
| CASE TYPE FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | A# A 099 236 291 |
| APPLICATION NUMBER MSC0509214528 | RECEIVED DATE December 31, 2004 | PRIORITY DATE December 31, 2004 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
USMAN ALI
4840 S INDIANA APT 1W
CHICAGO IL 60615     08CV3882
                     JUDGE CASTILLO
                     MAGISTRATE JUDGE SCHENKIER
                     TG

PLEASE COME TO: U.S. Citizenship and Immigration Services
230 S. DEARBORN STREET
KLUCZYNSKI FEDERAL BLDG
2ND FLOOR
CHICAGO IL 60604
10
ON: Wednesday, November 02, 2005
AT: 02:15 PM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

## Who should come with you?

- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

## What MUST you bring?

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

## What else should you bring?

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
    - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
    - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
    - Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
    - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and bring your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
    - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
    - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
    - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT,** even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

APPLICANT COPY



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services
Case 1:08-cv-03882   Document 1-3   Filed 07/08/2008   Page 1 of 1

I-797C Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-05-092-14528 | I-485 - Application to Register Permanent Residence or Adjust Status |

| Received Date: December 31, 2004 | Priority Date: | Applicant   A099236291  ALI, USMAN |
|---|---|---|
| Notice Date: January 04, 2005 | Page   1 OF 1 | ASC Code:   3 |

SAKINA CARBIDE
2906 W PETERSON AVE SUITE 10
CHICAGO IL 60659

JAN 11 2005

Notice Type:     Receipt Notice
Amount Received:     $385.00

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**FINGERPRINTING AND BIOMETRICS-**
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.

BIOMETRICS PROCESSING STAMP

08CV3882
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER
**CASE STATUS -**   TG
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

