# United States District Court

EASTERN DISTRICT OF WISCONSIN

Adham K. Awadalla, Plaintiff

V.

**SUMMONS IN A CIVIL CASE**

Michael Mukasey, et al.

CASE NUMBER:

TO: (Name and Address Defendant)

Steven M. Biskupic, U.S. Attorney, Eastern District of Wisconsin
362 United States Courthouse, Room 530
517 East Wisconsin Avenue, Milwaukee, WI 53202

08-C-0567

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (Name and Address)

Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. LaSalle, Ste. 1618
Chicago, IL 60602

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

JON W. SANFILIPPO
CLERK

*E. Bordeman* (signature)

(BY) DEPUTY CLERK

JUL 0 2 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 7/8/08 |
| NAME OF SERVER  HO J. CHUNG | TITLE | LAW CLERK |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL WITH RETURN RECEIPT.
Addressed to:
Steven M. Biskupic, U.S. Attorney
Eastern District of Wisconsin
362 U.S. Courthouse Rm 530
517 E Wisconsin Ave, Milwaukee, WI 53202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/8/2008
              Date

Signature of Server

Address of Server
CHENG, CHO & YEE,
134 N LA SALLE ST
STE 1618
CHICAGO, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.