# United States District Court

EASTERN DISTRICT OF WISCONSIN

Adham K. Awadalla, Plaintiff

V.

**SUMMONS IN A CIVIL CASE**

Michael Mukasey, et al.

CASE NUMBER:

TO: (Name and Address Defendant)

Emilio Gonzales, Director of USCIS
c/o Office of the General Counsel, U.S. DHS
Washington, D.C. 20528

**08-C-0567**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (Name and Address)

Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. LaSalle, Ste. 1618
Chicago, IL 60602

an answer to the complaint which is served on you with this summons, within __60__ days after service this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken agai you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed w the Clerk of this Court within a reasonable period of time after service.

JON W. SANFILIPPO
CLERK

JUL 0 2 2008
DATE

E. Balceron

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/8/08 |
| NAME OF SERVER HO CHUNG | TITLE LAW ~~CLERK~~ CLERK |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL W/ RETURN RECEIPT ADDRESSED TO:
Emilio Gonzales, Director of U.S. CIS
c/o Office of General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/8/08
Date

Signature of Server

Address of Server
CHENG, CHO & YEE,
134 N LA SALLE ST
STE 1618
CHICAGO, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.