# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Usman Ali, Individually

| | |
|---|---|
| | CASE NUMBER:     08CV3882 |
| V. | ASSIGNED JUDGE:     JUDGE CASTILLO |
| Michael Mukasey, U.S. Attorney General, et. al | DESIGNATED MAGISTRATE JUDGE:     MAGISTRATE JUDGE SCHENKIER |

TO: (Name and address of Defendant)

U.S. Attorney's Office
Northern District of Illinois
219 S. Dearborn, Suite 5000
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bonita B. Hwang Cho
Law Offices of Cheng, Cho and Yee, P.C.
134 N. LaSalle St., Suite 1618
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**July 8, 2008**
_____
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE 7/10/2008 |
|---|---|
| NAME OF SERVER *(PRINT)* HO CHUNG | TITLE LAW CLERK |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

X  Other (specify): _CERTIFIED MAIL W/ RETURN RECEIPT ADDRESSED TO_

U.S. Attorney's Office
Northern District of Illinois
219 S. Dearborn, Suite 5000
Chicago, IL 60604

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/10/2008___  _____
Date          *Signature of Server*

CHENG, CHO & YEE,
134 N LA SALLE ST
STE 1618
CHICAGO, IL 60602
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.