# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Usman Ali, Individually

V.

Michael Mukasey, U.S. Attorney General, et. al

CASE NUMBER: 08CV3882

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIE

TO: (Name and address of Defendant)

Emilio Gonzales, Director of U.S. Citizenship & Immigration Services
c/o Office of General Counsel
U.S Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bonita B. Hwang Cho
Law Offices of Cheng, Cho and Yee, P.C.
134 N. LaSalle St., Suite 1618
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

July 8, 2008
Date

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 7/10/2008 |
| NAME OF SERVER (PRINT) HO CHUNG | TITLE LAW CLERK |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL W/ RETURN RECEIP ADDRESSED TO

Emilio Gonzales, Director of U.S. CIS
c/o Office of General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/10/2008
           Date            Signature of Server

Address of Server
CHENG, CHO & YEE,
104 N LA SALLE ST
STE 1618
CHICAGO, IL 60602

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.